IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAID MUTAZZ, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-107-CAR-AGH |
| | * |
| Commissioner TYRONE OLIVER, | |
| Warden GREGORY SAMPSON, | * |
| Warden TIMOTHY SALES, | |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 8th day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk